UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CLIFFORD J. SCHUETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:14-cv-375-JDL |
| MAINE ATTORNEY GENERAL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 5) with the court on October 8, 2014. The time within which to file objections expired on October 27, 2014, and no objections were filed. On December 15, plaintiff Clifford J. Schuett ("Schuett") filed a motion to extend time to file objections, ECF No. 9, which was granted, ECF No. 10. The second deadline to file objections expired on January 7, 2015, and no objections were filed. The Magistrate Judge notified plaintiff Clifford J. Schuett ("Schuett") that failure to object would waive his right to *de novo* review and appeal of the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

                                                     /s/ Jon D. Levy
                                             **United States District Judge**

Dated this 2nd day of March, 2015.